# United States Court of Appeals
## For the First Circuit

No. 05-2877

DIANE DENMARK,

Plaintiff, Appellant,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2009, is corrected as follows:

On the coversheet, change "American Association of Retired Persons" to "AARP"